```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22004
  CARMEN L VANNA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-4675


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/02/05 and confirmed on 08/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   23400.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG        .00           .00           .00
FIFTH THIRD BANK         UNSECURED       NOT FILED          .00           .00
BECKET & LEE LLP         UNSECURED        10781.95          .00        4109.59
ECAST SETTLEMENT CORPORA UNSECURED         1210.72          .00         461.47
CREDIT UNION 1           UNSECURED         2931.00          .00        1117.17
ECAST SETTLEMENT CORPORA UNSECURED         5271.34          .00        2009.20
ECAST SETTLEMENT CORPORA UNSECURED        10378.59          .00        3955.85
NEXTEL COMMUNICATIONS    UNSECURED          641.07          .00         244.35
BECKET & LEE LLP         UNSECURED        22916.08          .00        8734.58
ROUNDUP FUNDING LLC      UNSECURED          104.93          .00          39.99
           Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00       54235.68         .00     54235.68
PRINCIPAL PAID         .00          .00       20672.20         .00     20672.20
INTEREST PAID          .00          .00            .00         .00          .00
TOTAL PAID             .00          .00       20672.20         .00     20672.20
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $    2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1027.80 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/09/09

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 22004 CARMEN L VANNA